# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CERTAINTEED FIBER CEMENT SIDING
LITIGATION                                                                      MDL No. 2270

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 06, 2014**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

DATED ___10-6-14___
ATTEST _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Case 1:13-cv-02028-RM-MEH   Document 16   Filed 10/06/14   USDC Colorado   Page 2 of 3

**IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION**  MDL No. 2270

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 13-05182 | CO | 1 | 13-02028 | LIONSHEAD CONDOMINIUM ASSOCIATION PHASE II et al v. CERTAINTEED CORPORATION |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTAINTEED FIBER CEMENT SIDING LITIGATION | MDL Docket No. 2270 |
| This document relates to: | |
| VAIL LIONSHEAD CONDOMINIUM ASSOCIATION | |
| v. | |
| CERTAINTEED CORPORATION No. 13-cv-5182 (E.D. Pa.) | |

## ORDER

AND NOW, this 23rd day of September 2014, it is ORDERED that, after consideration of the request for remand by Vail Lionshead Condominium Association, a/k/a Lodge at Lionshead Phase I Condominium Association and Lionshead Condominium Association Phase II, a/k/a Lodge at Lionshead Phase II Condominium Association (Dkt. No. 34), the Court suggests that Vail Lionshead Condominium Association v. CertainTeed Corporation, No. 13-cv-5182, be remanded by the Judicial Panel for Multidistrict Litigation to its transferor district court, the U.S. District Court for the District of Colorado.

It is FURTHER ORDERED that the Clerk of the Court provide a copy of this Order to the Clerk of the U.S. District Court for the District of Colorado and to the Clerk of the Judicial Panel for Multidistrict Litigation.

                                                                 *s/Thomas N. O'Neill, Jr.*
                                                               THOMAS N. O'NEILL, JR., J.