IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02028-RM-MEH

VAIL LIONSHEAD CONDOMINIUM ASSOCIATION, a/k/a
LODGE AT LIONSHEAD PHASE I CONDOMINIUM ASSOCIATION,
and
LIONSHEAD CONDOMINIUM ASSOCIATION PHASE II, a/k/a
LODGE AT LIONSHEAD PHASE II CONDOMINIUM ASSOCIATION,
Colorado Nonprofit Corporations,

    Plaintiffs,

v.

CERTAINTEED CORPORATION, a Delaware Corporation,

    Defendant.
_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

UPON CONSIDERATION of the Parties' Stipulation for Dismissal with Prejudice (ECF No. 17), the Court's record, and being fully apprised of the premises, the Court hereby Grants the Stipulation and Dismisses this case with prejudice, each side to bear their own attorneys fees and costs.

SO ORDERED this 30th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge