IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02028-RM-MEH

VAIL LIONSHEAD CONDOMINIUM ASSOCIATION, a/k/a
LODGE AT LIONSHEAD PHASE I CONDOMINIUM ASSOCIATION,
and
LIONSHEAD CONDOMINIUM ASSOCIATION PHASE II, a/k/a
LODGE AT LIONSHEAD PHASE II CONDOMINIUM ASSOCIATION,
Colorado Nonprofit Corporations,

    Plaintiffs,

v.

CERTAINTEED CORPORATION, a Delaware Corporation,

    Defendant.

_____

**AMENDED ORDER FOR DISMISSAL WITH PREJUDICE**
_____

    UPON CONSIDERATION of the Stipulation for Dismissal with Prejudice (ECF No. 17), the Court's record, and being fully apprised of the premises, pursuant to Rule 41(a)(2) of Fed. R. Civ. P., the Court hereby GRANTS the Stipulation and Dismisses this case with prejudice, each side to bear their own attorneys fees and costs.

    SO ORDERED this 30th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge